IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>ADMINISTRATION EMPLOYEE STAFF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:13-CV-02235-MCE-CKD<br><br>ORDER GRANTING UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |

  For good cause shown, the United States of America's *ex parte* application for extension of time to respond to plaintiff's complaint, filed November 21, 2013 (ECF No. 6), is hereby APPROVED. Defendant's deadline to respond to the complaint is extended to December 16, 2013.

  IT IS SO ORDERED.

Dated: November 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1